Beth S. Rose, Esq.
Vincent Lodato, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500
E-mail: brose@sillscummis.com
E-mail: vlodato@sillscummis.com
*Attorneys for Defendants Amazon.com, Inc.
and Amazon.com Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SHAVONNE MCCOY,** | ) |
| | ) **No: 2:26-cv-4751(JXN)(JSA)** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AMAZON.COM, INC.;** | ) |
| **AMAZON.COM SERVICES, LLC;** | ) |
| **LEMBERI; LEMBERI INC.;** | ) |
| **ROYALEDIRECT; VITESSE;** | ) |
| **BOSSIN; YIKE WANG; CMC BRAND** | ) |
| **CONSULTING, LLC (U.S.); NINGBO** | ) |
| **DONGXUN ELECTRONIC** | ) |
| **COMMERCE CO., LTD.; ABC** | ) |
| **ENTITIES 1-20 and JOHN DOES 1-20,** | ) |
| | ) |
| **Defendants.** | ) |

**APPLICATION FOR CLERK'S ORDER EXTENDING TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to L. Civ. R. 6.1(b), application is hereby made for a Clerk's Order extending the time within which Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively "Amazon") may answer, move, or otherwise respond to Plaintiff's Complaint in this matter for a period of fourteen (14) days. It is represented that:

1.  No previous extensions from the Court have been granted or obtained;

2.      Amazon removed this case from the New Jersey Superior Court, Essex County on April 29, 2026; and

3.      Amazon's time to answer, move or otherwise respond to the Complaint expires on May 6, 2026.

Therefore, Amazon respectfully requests that the time to answer, move, or otherwise respond to Plaintiffs' Complaint be extended fourteen (14) days through and including May 20, 2026.

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
Phone: (973) 643-7000
*Attorneys for Defendants*
*Amazon.com. Inc. and*
*Amazon.com Services LLC*

By: *s/ Vincent Lodato*
    VINCENT LODATO

Dated:  April 29, 2026

2