Beth S. Rose, Esq.
Vincent Lodato, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500
E-mail: brose@sillscummis.com
E-mail: vlodato@sillscummis.com
*Attorneys for Defendants Amazon.com, Inc.
and Amazon.com Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SHAVONNE MCCOY,** | ) |
| | ) **No: 2:26-cv-4751(JXN)(JSA)** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AMAZON.COM, INC.;** | ) |
| **AMAZON.COM SERVICES, LLC;** | ) |
| **LEMBERI; LEMBERI INC.;** | ) |
| **ROYALEDIRECT; VITESSE;** | ) |
| **BOSSIN; YIKE WANG; CMC BRAND** | ) |
| **CONSULTING, LLC (U.S.); NINGBO** | ) |
| **DONGXUN ELECTRONIC** | ) |
| **COMMERCE CO., LTD.; ABC** | ) |
| **ENTITIES 1-20 and JOHN DOES 1-20,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Beth S. Rose, Esq. of Sills Cummis & Gross P.C. hereby

enters an appearance on behalf of Defendants Amazon.com, Inc. and Amazon.com Services LLC

(collectively "Amazon") and requests that copies of all papers in this action be served upon her.

Dated: April 29, 2026                    SILLS CUMMIS & GROSS P.C.


                                         *s/ Beth S. Rose*
                                         BETH S. ROSE